UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>                    Plaintiff,<br>      v.<br><br>PROVIDENCE WASHINGTON INSURANCE COMPANY,<br>                    Defendant. | Civ. Action No. 10-147 S |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Travelers Casualty and Surety Company f/k/a The Aetna Casualty and Surety Company and Defendant Providence Washington Insurance Company hereby stipulate that all claims in this action shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees, and with all rights of appeal waived.

| THE TRAVELERS CASUALTY AND SURETY CO., | PROVIDENCE WASHINGTON INSURANCE COMPANY, INC., |
|---|---|
| /s/ *R. Kelly Sheridan*<br>R. Kelly Sheridan (#1976)<br>ksheridan@rcfp.com<br>ROBERTS, CARROLL, FELDSTEIN & PEIRCE, INC.<br>Ten Weybosset Street<br>Providence, RI 02903-2808<br>Tel.: 401-521-7000 | /s/ *Todd D. White*<br>Todd D. White (#5943)<br>twhite@apslaw.com<br>Katy A. Hynes (#6659)<br>Khynes@apslaw.com<br>ADLER POLLOCK & SHEEHAN P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, Rhode Island 02903-1345<br>Tel.: 401-274-7200 |
| PRO HAC VICE<br>John A. Nadas<br>jnadas@choate.com<br>Robert A. Kole<br>rkole@choate.com<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Tel.: 617-248-2121 | PRO HAC VICE<br>Louis H. Kozloff<br>Lkozloff@nldhlaw.com<br>NELSON LEVINE de LUCA & HAMILTON<br>518 E. Township Line Road, Suite 300<br>Blue Bell, PA 19422<br>Tel.: 215-358-5100 |

Date: April 17, 2015